CASE No. 14-14-00530 CR

TRIAL COURT No. CR 300078

| | |
|---|---|
| CHRISTOPHER WESLEY PARKS, Petitioner | IN THE COURT OF |
| vs. | CRIMINAL APPEALS |
| THE STATE OF TEXAS, Respondent | AUSTIN, TEXAS. |

MOTION TO SUSPEND TEXAS RULES OF APPELLATE PROCEDURE 9.3

TO: THE HONORABLE JUSTICES OF SAID COURT:

Comes Now, Christopher Wesley Parks, petitioner, pro-se, and files his motion requesting the Court of Criminal Appeals to suspend the rule 9.3 Number of Copies, and allow him to submit with his petition for discretionary review the original and a carbon copy of the same. He shows the Court the following:

FILED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

<u>Texas Rules of Appellate Procedure</u>

<u>9.3 Number of Copies.</u>

A party must file the original and 11 copies of any document addressed to either the Supreme Court or the Court of Criminal Appeals.

\* \* \* \* \* \*

The petitioner Christopher W. Parks is a incarcerated prisoner that does not have access to a copy machine, and he request that the Court of Criminal suspend the rule 9.3 of the Rules of Appellate Procedure and allow him to submit his original, and one-carbon copy of his petition for discretionary review.

PRAYER

The petitioner prays that the Honorable Court will grant his motion, and suspend the rule 9.3 for 11-copies, and allow him to sumit his original and a carbon copy of his petition for post discretionary review.

August 30          2015.

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 04 2015

Abel Acosta, Clerk

RESPECTFULLY SUBMITTED

_Chris Parks_

CHRISTOPHER WESLEY PARKS

#1933982  WYNNE UNIT

810  FM 2821

HUNTSVILLE, TEXAS.

77349.


INMATES DECLARATION

I, Christopher Wesley Parks, Id. #1933982, swear under the penalty of perjury that the forgoing information is true, and correct..

_August 30,_          2015.

_Chris Parks_

CHRISTOPHER WESLEY PARKS